IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

GS HOLISTIC, LLC,

Plaintiff,

Case No. 1:23-cv-02022-RMR-NRN

vs.

Pipe Joint, The LLC et al,

Defendants.
______________________________ /

**PLAINTIFF'S CERTIFICATION**

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, hereby certifies that on February 14, 2026, the Minute Order [DE 50] was E-Mailed to the Defendant's Counsel Nadav Aschner at Nadav@therodmanlawgroup.com.

EDDY LEAL, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030

*Attorney for GS Holistic LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this February 14, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

/s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030