**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:23-cv-2022-RMR-NRN**

**GS HOLISTIC, LLC**, a Delaware limited liability company,

**Plaintiff**,

**v.**

**THE PIPE JOINT LLC**, a Colorado limited liability company, and
**LISA AJOUR**, an individual.

**Defendants,**

---

**DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE**

---

**COMES NOW**, The Pipe Joint LLC ("TPJ") and Lisa Ajour ("Ms. Ajour," and together with TPJ, "Defendants"), through their attorneys, The Rodman Law Group, LLC, hereby submit this response to the Court's February 11, 2026 Order to Show Cause. Defendants state the following:

On December 23, 2025, the Court ordered counsel "to be prepared to discuss the status of each stayed case and schedule for discovery and trial of all remaining cases" at a February 5, 2026, Status Conference. ECF No. 36. Neither Defendants nor undersigned counsel appeared at the February 5 status conference, which resulted in this Court issuing an Order to Show Cause as to why they did not appear.

Undersigned counsel apologizes for his absence at the February 5 status conference. The reasons for his absence are three-fold. First, undersigned counsel had a scheduling conflict on February 5. Second, undersigned counsel understood this case to be stayed and that his appearance

was not mandatory. No docket entry leading up to the February 5 status conference purported to lift the stay. Undersigned counsel did not realize that the December 23 order was directed at counsel for both parties, reading the Court's order that "Counsel are to be prepared to discuss the status of each stayed case and schedule for discovery and trial of all remaining cases" to mean that the Court expected Plaintiff's counsel to provide the Court with its expectations as to scheduling for the many cases it has initiated in this judicial district. Of course, in hindsight, this reading of the Court's order is incorrect. Third, undersigned counsel has not been able to communicate with Defendants in many months. The last time undersigned counsel communicated with Ms. Ajour, she was dealing with medical issues.

Undersigned counsel is attempting to connect with Ms. Ajour to inform her of the status of this case. Meanwhile, undersigned counsel has scheduled a conferral call with Plaintiff's counsel to discuss scheduling and discovery. Undersigned counsel will apprise the Court of the results of his efforts in the coming weeks.

**WHEREFORE**, Defendants respectfully respond to the Court's February 11, 2026 Order to Show Cause.

Respectfully submitted this 16th day of February, 2026.

*s/ Nadav Aschner*
Nadav Aschner, Esq.
THE RODMAN LAW GROUP, LLC
165 S. Union Blvd., Ste. 901
Lakewood, CO 80228
Ph: 720-663-0558
Fax: 720-663-0558
Em: nadav@therodmanlawgroup.com

*Attorney for Defendants*