IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

GS HOLISTIC, LLC,

Plaintiff,

Case No. 1:23-cv-02022-RMR-NRN

vs.

Pipe Joint, The LLC et al,

Defendants.
_______________________________________ /

**PLAINTIFF'S CERTIFICATION**

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, hereby certifies that on March 10, 2026, the Order [DE 63] were mailed The Pipe Joint LLC, and to Lisa Ajour, 8280 W Coal Mine Ave Ste 15, Littleton, Co 80123, and sent via E-Mail to Lisa Ajour at Lisaajour@yahoo.com.

EDDY LEAL, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030

*Attorney for GS Holistic LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this March 10, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

/s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030