FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:51 am, Jul 01, 2026
JEFFREY P. COLWELL, CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-CV-2022-RMR-NRN

GS. Holistic, LLC

Plaintiff(s),

v.

The Pipe Joint
Lisa Ajour

Defendant(s).

---

MOTION FOR/TO Status Report

---

Dear Honorable Judge Regina M. Rodriguez, defendant, Lisa Ajour, provides the following Status Report. The defendant has been trying to contact Eddy Leal, attorney for GS Holistic LLC, to try and work with him to resolve this matter. The defendant has been unable to get ahold of him and has not been able to come to an agreement to resolve the case. He is very busy and cannot help much. Defendant cannot afford an Attorney to help her with this case as she has no money to pay them at this time or any time in the foreseeable future. The defendant has exhausted all her time, and her health issues have continued to worsen. The defendant has been wound down and has no assets to pay counsel or judgment. Plaintiff has had both her knees replaced as well as a spinal fusion and goes to a pain management Doctor for shots in her hips, back, and neck. This is an ongoing matter. She also has had an Ablation on the left side of her neck. She has been going through therapy because she found out she had Cancer (CLL), and in that period of time she was very sick and could not breathe. She was told she was suffering from a Pulmonary Embolism (blood Clot) at the bottom of her right lung, leading to her being closely monitored and on blood thinners to date. During all this her parents were put into Hospice, and she lost her stepdad in March 2026. Her mother's condition is deteriorating, and she has Alzheimer's. They both live out of the state. She had a hip replacement done in November of 2023 and had continued pain and sought out another Doctor for a 2nd opinion which led to a second hip surgery August 2025 to fix a tear in her tendon muscle, and other problems the Doctor found. She just had

secondary hip revision surgery on June 8th, 2026, and is still recovering. To top all this, they found a blood clot behind her left knee which was a health scare she did not plan on. At this point Defendant does know what to do. The business is dissolved. The defendant cannot afford counsel. The defendant is unemployed. *Defendant will never be able to pay on a judgment and if a judgement is entered, may* have to file bankruptcy. Defendant would like to request a settlement conference with the court to get some time with Plaintiff to try to settle this matter, as Plaintiff has ignored Defendant's outreach attempts thus far. Defendant will likely have to proceed on her own as a pro se if Plaintiff insists on continuing to waste money on this case.

I confirm that I have conferred with the opposing counsel in good faith regarding this motion, as required under local rule D.C.COLO.LCivR 7.1(a) [1].

Dated at July 1, 2026. Denver, CO, this 1 day July 2026.

s/ Lisa Ajour
4384 S. Devinney Ct,
Morrison, CO 80465
Telephone: (720)-935-7676
E-mail: lisaajour@yahoo.com

[1] [**Note:** Local Civil Rule D.C.COLOLCivR 7.1(a) requires a party (including an unrepresented party) to confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party about the subject of their motion before filing the motion, and to describe the specific efforts to fulfill this duty. The duty to confer is not required, in certain exceptions. See D.C.COLOLCivR 7.1(b)(1)-(4).]

## CERTIFICATE OF SERVICE

I hereby certify that on **07/01/2026**,

I sent a copy of the **Status Report** to the following parties in the way described below each party's name:

Party Name: Eddy Leal P.A.
How Served: E-mail
Party Attorney's Name: Eddy Leal P.A.
Address: 777 Brickell Ave #500
Miami, Fl 33131
Telephone Number: 305-979-3900
Email Address: EL@leallegaL.com

Party Name:____________________________________
How Served:____________________________________
Party Attorney's Name:____________________________
Address:______________________________________
______________________________________________
Telephone Number:_______________________________
Email Address:__________________________________

Lisa Ajour
(Signature of person completing service)
Print Name: LISA Ajour
Address: 4384 S. DeVinney Ct
Morrison, CO 80465
Telephone Number: 720-935-7676
Email Address: lisaajour@yahoo.com